FILED'09 AUG 24 11:34USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**KEVIN JEWELL,**
    Plaintiff,

CV 08 - 0307 - KI

v.

ORDER

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $7,499.99, and costs in the amount of $0.00, for a total of $7,499.99, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 24 day of August 2009.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff